# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | 2:20-CR-0150-KJM<br>United States v. Ronald Steven Schoenfeld | Date: | August 20, 2020 |
| To: | **The Honorable Edmund F. Brennan<br>Courtroom Deputy Nic Cannarozzi** | From: | **Tanya B. Syed<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700** |

The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on August 21, 2020 for arraignment and waiver of indictment on the Information filed on August 13, 2020.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

Ronald Steven Schoenfeld is currently not in custody and will be appearing via videoconference at the arraignment.