# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>RONALD STEVEN SCHOENFELD,<br>*Defendant* | )<br>) Case No. 2:20-cr-0150 KJM<br>)<br>)<br>) |

**FILED**
Aug 21, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court on videoconference, pursuant to Federal Rule of Criminal Procedure 10(c) and § 15002(b) of the Coronavirus Aid, Relief, and Economic Security Act, of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/21/2020

*Defendant's signature*

*Signature of defendant's attorney*

CHRIS CANNON
*Printed name of defendant's attorney*

*Judge's signature*

Edmund F. Brennan, United States Magistrate Judge
*Judge's printed name and title*