McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
TANYA B. SYED
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD STEVEN SCHOENFELD,<br><br>Defendant. | CASE NO. 2:20-CR-00150-KJM<br><br>**ORDER ON UNOPPOSED MOTION TO DISMISS** |

This matter is before the Court on the United States' unopposed motion to dismiss Count Three of the Information in this case. As set forth in that motion, the Court finds:

1. On January 25, 2021, the Court sentenced defendant Ronald Steven Schoenfeld to 22 months in custody after earlier accepting his guilty plea to Count One of the Information, which charged a violation of 18 U.S.C. § 371—Conspiracy to Commit Wire Fraud.

2. Counts Two and Three of the Information each alleged violations of 18 U.S.C. § 1956(a)(1)(B)(i)—Money Laundering.

3. In a written plea agreement between the parties, the United States agreed to seek dismissal of the remaining counts of the Information after the Court sentenced Mr. Schoenfeld on Count One, and its counsel moved to dismiss Count Two of the Information at the conclusion of the sentencing hearing. However, counsel inadvertently failed to move to dismiss Count Three and does so in the motion now before the Court.

4. The defendant does not oppose the motion.

Accordingly, pursuant to the government's motion, in the interest of justice, and for good cause shown, it is hereby ORDERED that, Count Three of the Information in this case shall be and is dismissed.

**IT IS SO ORDERED.**

DATED: January 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE