CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant RONALD STEVEN SCHOENFELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD STEVEN SCHOENFELD,<br><br>Defendant. | Case No. 2:20-CR-00150-KJM<br><br>**STPULATION AND ORDER TO CONTINUE SURRENDER DATE** |

Because Ronald Schoenfeld has substantial comorbidities which increase the danger of a severe case of Covid 19; and because an additional stay of execution will allow him time to receive a booster vaccination.

Ronald Schoenfeld's surrender date is extended until January 31, 2022.

IT IS SO STIPULATED.

Dated: October 6, 2021         /s/ Chris Cannon
                               Christopher J. Cannon
                               Attorney for RONALD SCHOENFELD

Dated: October 6, 2021         /s/ Tanya Syed (authorized Oct. 5, 2021)
                               Tanya Syed
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE