CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant RONALD STEVEN SCHOENFELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RONALD STEVEN SCHOENFELD,<br><br>    Defendant. | Case No. 2:20-CR-00150-KJM<br><br>**STPULATION AND ORDER TO CONTINUE SURRENDER DATE** |

Because Ronald Schoenfeld has substantial comorbidities which increase the danger of a severe case of Covid 19; and because of the current widespread explosion of Omicron cases, an additional stay of execution is appropriate in this case.

Ronald Schoenfeld's surrender date is extended until May 2, 2022.

IT IS SO STIPULATED.

Dated: January 24, 2022            /s/ Chris Cannon
                                   Christopher J. Cannon
                                   Attorney for RONALD SCHOENFELD

Dated: January 24. 2022            /s/  (authorized 1.24.2022)
                                   Denise N. Yasinow
                                   Assistant United States Attorney

IT IS SO ORDERED.

Dated:  January 26, 2022.

                                   _____
                                   CHIEF UNITED STATES DISTRICT JUDGE

STPULATION AND ORDER TO CONTINUE SURRENDER DATE
Case No. 2:20-CR-00150-KJM